IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 05-20039-02-Ml |
| | ) | 05-20143 |
| | ) | |
| BRYANT EDWARDS, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER REVOKING BOND

On July 27, 2005, defendant Bryant Edwards appeared before U.S. Magistrate Judge Diane K. Vescovo on a warrant for failure to appear. The government requested his bond be revoked. The defendant was advised of his right to have a bond revocation hearing.

On July 29, 2005, a bond revocation hearing was held. For the reasons stated at the hearing, the defendant's bond is hereby revoked and the defendant is ordered detained and held without bond.

IT IS SO ORDERED this 29th day of July, 2005.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE


This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on  8-1-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:05-CR-20143 was distributed by fax, mail, or direct printing on August 1, 2005 to the parties listed.

---

Dewun R. Settle
LAW OFFICE OF DEWUN R. SETTLE
100 N. Main Bldg.
Ste. 3001
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT